## Emmons C. Carlson, Appellant, v. Irna Phillips, Appellee.

### Gen. No. 43,294. 

Heard in the first division, first district, this court at the December term, 1944; opinion filed October 15, 1945; rehearing denied October 30, 1945; released for publication October 30, 1945. Arthur A. Sullivan, J. A. Cobbey, Jacob Shamberg and Earl K. Schiek, for appellant; Kirkland, Fleming, Green, Martin & Ellis, for appellee; Weymouth Kirkland, Howard Ellis and J. B. Martineau, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full.